# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL B. WISEMAN,<br><br>Defendant. | 17-po-5012-JTJ<br>VIOLATIONS NOS.: FACQ0016, FACQ0017, FACQ0018 and FACQ0019<br><br>Location Code: M7<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant shall pay a fine amount of $200 and a $30 processing fee for VN FACQ0016 and $200 and a $30 processing fee for VN FACQ0017 for a total fine amount of $460. The defendant shall pay the entire fine amount in full by September 1, 2017. Payments should be mailed to the following address:

    Central Violations Bureau
    P.O. Box 71363
    Philadelphia, PA 19176-1362

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the Defendant shall pay $2,990.76 in restitution fees joint and several with any other co-defendants. The Defendant will pay $100 the first of every month beginning October 1, 2017, until the balance is paid in full. Payment(s) should be made to the following address:

> USDA Forest Service, Albuquerque Service Center
> Attn: Unit Collection Officer
> 101 B Sun Avenue NE
> Albuquerque, NM 87109

The check(s) should be made out to the USDA Forest Service and reference "Michael B. Wiseman – District of Montana."

IT IS FURTHER ORDERED that VN FACQ0018 and VN FACQ0019 are dismissed.

IT IS FURTHER ORDERED that the initial appearance scheduled for April 20, 2017, is VACATED.

DATED this 23rd day of March 2017.

_____
John Johnston
United States Magistrate Judge